FANIMATION, INC., Plaintiff–
Appellant,

v.

DAN'S FAN CITY, INC.,
Defendant–Appellee.

No. 2011–1180.

United States Court of Appeals,
Federal Circuit.

Oct. 20, 2011.

David M. Lockman, Maginot, Moore & Beck, LLP, of Indianapolis, IN, argued for plaintiff-appellant. With him on the brief were Harold C. Moore and Paul J. Maginot.

Dwight D. Lueck, Barnes & Thornburg, LLP, of Indianapolis, IN, argued for the defendant-appellee. With him on the brief was Michael R. Brunelle.

NEWMAN, MAYER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**